**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JUSTO ARIAS,

                                Plaintiff,

        -against-                                    25 **CIVIL** 4171 (LLS)

                                                  **JUDGMENT**

HPD,

                            Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated October 20, 2025, the Court has dismissed the complaint, filed IFP under 28 U.S.C. § 1915(a)(1), for failure to state a claim on which relief may be granted, *see* 28 U.S.C. § 1915(e)(2)(B)(ii).  The Court has declined to exercise supplemental jurisdiction of any state law claims Plaintiff may be asserting. *See* 28 U.S.C. § 1367(c)(3).

**Dated:**  New York, New York

        January 7, 2026

                                     **TAMMI M. HELLWIG**
                                   _____
                                     **Clerk of Court**

                   **BY:**             K. mango
                              _____
                                   **Deputy Clerk**